# EXHIBIT A

| Copyright Registration Number | Title of Work | Name of Author(s) | Plaintiff |
|---|---|---|---|
| TX0005534489 | Soledad | Angie Cruz | Angie Cruz |
| TX0008806870 | Dominicana | Angie Cruz | Angie Cruz |
| TX0007226784 | The BetterPhoto Guide to Exposure | Sean Arbabi | Sean Arbabi |
| TXU001358346 | Tour:Smart | Martin Atkins | Martin Atkins |
| TX0004114356 | Oracle 7.0 administration & management | Michael Ault | Michael Ault |
| TX0003669910 | The Investor's Quotient: The Psychology of Successful Investing in Commodities & Stocks | Jacob Bernstein | Jacob Bernstein |
| TX0004094693 | The Compleat Day Trader: Trading Systems, Strategies, Timing Indicators, and Analytical Methods | Jake Bernstein | Jacob Bernstein |
| TX0005080311 | The Compleat Day Trader II | Jake Bernstein | Jacob Bernstein |
| TX0004821251 | Seasonality: Systems, Strategies, and Signals | Jake Bernstein | Jacob Bernstein |
| TX0007724505 | All About Day Trading: The Easy Way to Get Started, 1/e | Jake Bernstein | Jacob Bernstein |
| TX0007006426 | 30 Days to Market Mastery: A Step-by-Step Guide to Profitable Trading | Jacob Bernstein | Jacob Bernstein |
| TX0006374329 | Till death do us part : love, marriage and the mind of the killer spouse | Robi Ludwig; Matt Birkbeck | Matt Birkbeck |
| TX0006061188 | A beautiful child : a true story of hope, horror and an enduring human spirit | Matt Birkbeck | Matt Birkbeck |
| TX0007008958 | Deconstructing Sammy | Matt Birkbeck | Matt Birkbeck |
| TX0005625371 | A deadly secret: the strange disappearance of Kathie Durst | Matt Birkbeck | Matt Birkbeck |
| TX0007811126 | The Quiet Don: The Untold Story of Mafia Kingpin Russell Bufalino | Matt Birkbeck | Matt Birkbeck |
| TX0006891309 | The Art of Friction: Where (Non)Fictions Come Together | Charles Blackstone; Jill Talbot | Charles Blackstone |
| TX0008337957 | Cannabis Cocktails, Mocktails and Tonics | Warren Bobrow | Warren Bobrow |

| Copyright Registration Number | Title of Work | Name of Author(s) | Plaintiff |
|---|---|---|---|
| TX0009081847 | Madoff Talks: Uncovering The Untold Story Behind The Most Notorious Ponzi Scheme In History | Jim Campbell | Jim Campbell |
| TXU001834486 | The Key to Justice | Dennis L. Carstens | Dennis Carstens |
| TX0008126460 | Media Justice | Dennis Carstens | Dennis Carstens |
| TXU002057865 | Political Justice | Dennis L. Carstens | Dennis Carstens |
| TX0008169543 | Certain Justice | Dennis Lynn Carstens | Dennis Carstens |
| TX0008347631 | Delayed Justice | Dennis L. Carstens | Dennis Carstens |
| TXU002156815 | Cult Justice | Dennis Carstens | Dennis Carstens |
| TXU002200538 | A Basket of Deplorables | Dennis Lynn Carstens; Linda Tripp | Dennis Carstens |
| TXU001895782 | Desperate Justice | Dennis Carstens | Dennis Carstens |
| TX0008678655 | Exquisite Justice | Dennis Lynn Carstens | Dennis Carstens |
| TX0008599842 | Insider Justice | Dennis Lynn Carstens | Dennis Carstens |
| TX0008657730 | Living Politics in South Africa's Urban Shacklands | Kerry Ryan Chance | Kerry Chance |
| TX0007137828 | Kemalism in Turkish Politics: The Republican People's Party, Secularism and Nationalism | Sinan Ciddi | Sinan Ciddi |
| TX0006558328 | Not A Genuine Black Man: or, How I Claimed My Piece of Ground in the Lily-White Suburbs | Brian Copeland | Brian Copeland |
| TX0008270052 | Uptown Thief | Aya de Leon | Aya de Leon |
| TX0008942807 | A Spy in the Struggle | Aya de Leon | Aya de Leon |
| TX0007566198 | The Neruda Case by Roberto Ampuero | Carolina De Robertis | Carolina De Robertis |
| TX0007030733 | The Invisible Mountain | Carolina De Robertis | Carolina De Robertis |
| TX0008091362 | The Gods of Tango | Carolina De Robertis | Carolina De Robertis |
| TX0008814990 | Cantoras | Carolina De Robertis | Carolina De Robertis |
| TX0008473010 | Radical Hope: Letters of Love and Dissent in Dangerous Times | Carolina De Robertis | Carolina De Robertis |
| TX0008936234 | Ordinary Girls | Jaquira Diaz | Jaquira Diaz |

| Copyright Registration Number | Title of Work | Name of Author(s) | Plaintiff |
|---|---|---|---|
| TX0008780353 | The Parade | Dave Eggers | Dave Eggers |
| TX0005084180 | A Heartbreaking Work of Staggering Genius | Dave Eggers | Dave Eggers |
| TX0006556406 | What is the What | Dave Eggers | Dave Eggers |
| TX0005465455 | A Heartbreaking Work of Staggering Genius | Dave Eggers | Dave Eggers |
| TX0008570451 | The Lifters | Dave Eggers | Dave Eggers |
| TX0008575737 | The Monk of Mokha | Dave Eggers | Dave Eggers |
| TX0007774370 | The Circle: A Novel | Dave Eggers | Dave Eggers |
| TX0007794198 | A Hologram for the King | Dave Eggers | Dave Eggers |
| TX0008319119 | Heroes of the Frontier | Dave Eggers | Dave Eggers |
| TX0007958947 | Your Fathers Where are They? And the Prophets, Do They Live Forever? | Dave Eggers | Dave Eggers |
| TX0008372332 | Forged Through Fire: War, Peace, and the Democratic Bargain | John Ferejohn; Frances Mcall Rosenbluth | John Ferejohn |
| TX0003651509 | Coping with Faculty Stress | Walter Gmelch | Walter Gmelch |
| TX0008297129 | Crook County: Racism and Injustice in America's Largest Criminal Court | Nicole Gonzalez Van Cleve | Nicole Gonzalez Van Cleve |
| TX0005744148; TX0007416720 | Data structures and algorithms in C++ | Michael Goodrich; Roberto Tamassia; David Mount | Michael Goodrich |
| TX0007984841 | Algorithm Design and Applications | Michael Goodrich; Roberto Tamassia | Michael Goodrich |
| TX0005410276 | Algorithm Design: Foundations, Analysis and Internet Examples | Michael Goodrich; Roberto Tamassia | Michael Goodrich |
| TX0005276798; TX0006257017; TX0007196929 | Data Structures and Algorithms in Java | Michael Goodrich; Roberto Tamassia | Michael Goodrich |
| TX0008533682 | Same Kind Of Different As Me - Special Movie Edition | Ron Hall | Ron Hall |
| TX0007340854 | What difference do it Make? | Ron Hall; Denver Moore; Lynn Vincent | Ron Hall |
| TX0008567624 | Workin' Our Way Home | Ron Hall | Ron Hall |
| TX0007644315 | Viper Pilot | Daniel James Hampton | Ascalon, LLC |
| TX0007926830 | Lords of the Sky | Daniel James Hampton | Ascalon, LLC |

| Copyright Registration Number | Title of Work | Name of Author(s) | Plaintiff |
|---|---|---|---|
| TX0009022759 | Operation Vengeance | Daniel James Hampton | Ascalon, LLC |
| TX0008403651 | The Flight | Dan Hampton | Ascalon, LLC |
| TX0008699325 | Chasing the Demon | Daniel Hampton | Ascalon, LLC |
| TX0006552013 | The DASH Diet Action Plan: proven to lower blood pressure and cholesterol without medication based on the National Institutes of Health research: dietary approaches to stop hypertension | Marla Heller | Marla Heller |
| TX0008127485 | The DASH Diet Younger You | Marla Heller | Marla Heller |
| TX0007653924 | The DASH Diet Weight Loss Solution: 2 Weeks to Drop Pounds, Boost Metabolism, and Get Healthy | Marla Heller | Marla Heller |
| TX0008718667 | The DASH Diet Mediterranean Solution | Marla Heller | Marla Heller |
| TX0007812984 | The Everyday DASH Diet Cookbook | Marla Heller | Marla Heller |
| TX0007127271 | Crafting Digital Media: Audacity, Blender, Drupal, GIMP, Scribus, and other Open Source Tools | Daniel James | Daniel James |
| TX0007130037 | Crash Proof 2.0: How to Profit from the Economic Collapse, Revised Edition | Lynn Sonberg; Peter Schiff; John Downes | Lynn Sonberg Book Associates |
| TX0007011156 | STOP DIABETES NOW: A Groundbreaking Program for Controlling Your Disease and Staying Healthy | William T. Cefalu | Lynn Sonberg Book Associates |
| TX0006989207 | THE COMPLETE NUTRITION COUNTER | Lynn Sonberg | Lynn Sonberg |
| TX0006310457 | Foods that combat heart disease: the nutritional way to a healthy heart | Lynn Sonberg | Lynn Sonberg Book Associates |
| TX0004511240 | The Natural health guide to headache relief: the definitive handbook of natural remedies for treating every kind of headache pain | Deborah Mitchell; Paula Maas; Lynn Sonberg | Lynn Sonberg |

| Copyright Registration Number | Title of Work | Name of Author(s) | Plaintiff |
|---|---|---|---|
| TX0005798669 | And Now You Can Go | Vendela Vida | Vendela Vida |
| TX0007205158 | The Lovers | Vendela Vida | Vendela Vida |
| TX0006500051 | Let the Northern Lights Erase Your Name | Vendela Vida | Vendela Vida |
| TX0008113114 | The Diver's Clothes Lie Empty | Vendela Vida | Vendela Vida |