**STRIS & MAHER LLP**
Elizabeth Brannen (SBN 226234)
ebrannen@stris.com
John Stokes (SBN 310847)
jstokes@stris.com
Lauren Martin (SBN 294367)
lmartin@stris.com
17785 Center Court Dr N, Ste 600
Cerritos, CA 90703
T: (213) 995-6800
F: (213) 261-0299

*Counsel for Plaintiffs*

**FREEDMAN NORMAND FRIEDLAND LLP**
Devin (Velvel) Freedman (*pro hac vice forthcoming*)
vel@fnf.law
Kyle Roche (*pro hac vice forthcoming*)
kroche@fnf.law
Alex Potter (*pro hac vice forthcoming*)
apotter@fnf.law
155 E. 44th Street, Ste 915
New York, NY 10017
T: (646) 494-2900

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGIE CRUZ, SEAN ARBABI, ASCALON, LLC, MARTIN ATKINS, MICHAEL AULT, JACOB BERNSTEIN, MATT BIRKBECK, CHARLES BLACKSTONE, WARREN BOBROW, JIM CAMPBELL, DENNIS CARSTENS, KERRY CHANCE, SINAN CIDDI, BRIAN COPELAND, AYA DE LEON, CAROLINA DE ROBERTIS, JAQUIRA DIAZ, DAVE EGGERS, JOHN FEREJOHN, WALTER GMELCH, NICOLE GONZALEZ VAN CLEVE, MICHAEL GOODRICH, RON  HALL, MARLA HELLER, DANIEL JAMES, LYNN SONBERG BOOK ASSOCIATES, and VENDELA VIDA, <br><br> Plaintiffs, <br><br> v. <br><br> ANTHROPIC PBC, <br><br> Defendant. | Case No. 5:26-cv-04482-SVK <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER TO STAY DEADLINES AND PROCEEDINGS** <br><br> Complaint Filed: May 13, 2026 <br><br> Judge: Hon. Susan van Keulen |

Plaintiffs Angie Cruz, Sean Arbabi, Ascalon, LLC, Martin Atkins, Michael Ault, Jacob Bernstein, Matt Birkbeck, Charles Blackstone, Warren Bobrow, Jim Campbell, Dennis Carstens, Kerry Chance, Sinan Ciddi, Brian Copeland, Aya de Leon, Carolina De Robertis, Jaquira Diaz, Dave Eggers, John Ferejohn, Walter Gmelch, Nicole Gonzalez Van Cleve, Michael Goodrich, Ron Hall, Marla Heller, Daniel James, Lynn Sonberg, Lynn Sonberg Book Associates, and Vendela Vida (collectively "Plaintiffs") and Defendant Anthropic PBC ("Anthropic") through their undersigned counsel, hereby stipulate and declare as follows:

WHEREAS, on May 13, 2026, Plaintiffs filed suit against Anthropic alleging that Anthropic infringed their copyrighted works to build and train Anthropic's artificial intelligence large language models ("LLMs");

WHEREAS, prior to the filing of this case, Plaintiffs' counsel, on behalf of six other plaintiffs pursuing copyright infringement and related allegations that are similar to the allegations in this case, filed another case, *Cambronne Inc., et al. v. Anthropic PBC, et al.*, Case No. 5:25-cv-10897-PCP (N.D. Cal.), against Anthropic and several other entity-defendants;

WHEREAS, Plaintiffs' counsel has also commenced additional cases on behalf of additional plaintiffs with allegations similar to the allegations in this case: *Cognella, Inc. v. Anthropic PBC*, Case No. 3:26-cv-04056-RFL (N.D. Cal.) (complaint filed May 4, 2026); *Chicken Soup for the Soul, LLC v. Anthropic PBC*, Case No. 4:26-cv-04218-HSG (N.D. Cal.) (complaint filed May 7, 2026); and *Kwon et al. v. Anthropic PBC*, Case No. 3:26-cv-04649-LB (N.D. Cal.) (complaint filed May 15, 2026);

WHEREAS, on May 7, 2026, the *Cambronne* plaintiffs filed an Administrative Motion, pursuant to Local Rule 3-12 and 7-11, seeking to relate the *Cambronne* and *Cognella* actions. *See* ECF 176, 5:25-cv-10897-PCP (N.D. Cal.). The Administrative Motion remains pending.

WHEREAS, in the *Cambronne* action, all remaining Defendants have separately moved for severance, *see* ECF Nos. 94, 106, 112, 114, 115, 161, and 164, 5:25-cv-10897-PCP (N.D. Cal.), and a hearing on the motions to sever took place on May 12, 2026;

WHEREAS, the parties appeared for a status conference before the Honorable P. Casey Pitts in the *Cambronne* action on March 24, 2026. At that conference, the parties discussed with Judge

Pitts the likelihood of other similar cases being filed (in which Plaintiffs' counsel are involved) and the potential benefits of staying deadlines in those cases pending Judge Pitts' severance ruling in *Cambronne*;

WHEREAS, the Parties agree that the statute of limitations on Plaintiffs' claims against Anthropic in the *Cambronne* action shall be tolled for fourteen days after Judge Pitts enters his severance and dismissal order, so that Plaintiffs may refile if necessary against Anthropic alone;

WHEREAS, the Parties agree it is reasonable and in the interests of judicial economy to stay all deadlines and proceedings in this matter pending resolution of the various motions to sever that have been filed in the *Cambronne* action, and agree to meet and confer on a schedule to answer the complaint and promptly to submit such a schedule within fourteen days after a severance ruling;

WHEREAS, the Parties agree this stipulation does not waive any claim, right, or defense;

THEREFORE, the Parties, by and through their respective undersigned counsel, HEREBY STIPULATE AND AGREE, as follows:

All deadlines and proceedings in this case are stayed pending Judge Pitts' resolution of the motions to sever in *Cambronne Inc., et al. v. Anthropic PBC, et al.*, Case No. 5:25-cv-10897-PCP (N.D. Cal.);

The parties will promptly notify this Court following Judge Pitts' ruling and meet and confer, and absent further order of this Court, the Parties will file a joint statement containing the Parties' proposal or proposals for resuming proceedings in this case, including any amendments to the complaint and Anthropic's deadline to answer, within fourteen days of that ruling.

**IT IS SO STIPULATED.**

DATED:  June 3, 2026

/s/ Yar R. Chaikovsky

**WHITE & CASE LLP**
Yar R. Chaikovsky
yar.chaikovsky@whitecase.com
Andy LeGolvan
andy.legolvan@whitecase.com
Amir Jabbari
amir.jabbari@whitecase.com
3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, CA  94306-2109
Telephone: (650) 213-0300
Facsimile: (650) 213-8158

Anna B. Naydonov (*pro hac vice forthcoming*)
anna.naydonov@whitecase.com
Mark Davies (*pro hac vice forthcoming*)
mark.davies@whitecase.com
701 13th St NW # 600
Washington, DC 2005-3807
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Attorneys for Defendant Anthropic PBC*

DATED:  June 3, 2026

/s/ Elizabeth Brannen

**STRIS & MAHER LLP**
Elizabeth Brannen (SBN 226234)
ebrannen@stris.com
John Stokes (SBN 310847)
jstokes@stris.com
Lauren Martin (SBN 294367)
lmartin@stris.com
17785 Center Court Dr N, Ste 600
Cerritos, CA 90703
T: (213) 995-6800
F: (213) 261-0299

**FREEDMAN NORMAND FRIEDLAND LLP**
Devin (Velvel) Freedman (*pro hac vice forthcoming*)
vel@fnf.law
Kyle Roche (*pro hac vice forthcoming*)
kroche@fnf.law
Alex Potter (*pro hac vice forthcoming*)
apotter@fnf.law
155 E. 44th Street, Ste 915
New York, NY 10017
T: (646) 494-2900

*Counsel for Plaintiffs*

Dated: June 9, 2026

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IT IS SO ORDERED

*Jacqueline Scott Corley*

Judge Jacqueline Scott Corley

Case No. 5:26-cv-04482-SVK

JOINT STIPULATION