Elizabeth Brannen (SBN 226234)
ebrannen@stris.com
John Stokes (SBN 310847)
jstokes@stris.com
Lauren Martin (SBN 294367)
lmartin@stris.com
**STRIS & MAHER LLP**
17785 Center Court Dr N, Ste 600
Cerritos, CA 90703
T: (213) 995-6800
F: (213) 261-0299

Kyle Roche (*pro hac vice* forthcoming)
kroche@fnf.law
Devin (Velvel) Freedman (*pro hac vice* forthcoming)
vel@fnf.law
Alex Potter (*pro hac vice* forthcoming)
apotter@fnf.law
**FREEDMAN NORMAND FRIEDLAND LLP**
155 E. 44th Street, Ste 915
New York, NY 10017
T: (646) 494-2900

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGIE CRUZ, et al., | Case No. 5:26-cv-04482-PCP |
| Plaintiffs, | **NOTICE OF ADR CERTIFICATIONS BY PLAINTIFFS AND COUNSEL PURSUANT TO CIVIL L.R. 16-8(b) AND ADR L.R. 3-5(b)** |
| v. | |
| ANTHROPIC PBC, | |
| Defendant. | |

NOTICE OF ADR CERTIFICATIONS BY PLAINTIFFS AND COUNSEL PURSUANT TO CIVIL L.R. 16-8(b) AND ADR L.R. 3-5(b)

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), Plaintiffs hereby submit executed ADR Certifications by Parties and Counsel as follows:

Attached as **Exhibit 1** is a true and correct copy of the ADR Certification by Parties and Counsel executed by Plaintiff Brian Copeland;

Attached as **Exhibit 2** is a true and correct copy of the ADR Certification by Parties and Counsel executed by Plaintiff Sinan Ciddi.

Dated:  August 4, 2026                                   Respectfully submitted,

                                                        */s/ Elizabeth Brannen*

                                                        Elizabeth Brannen (SBN 226234)
                                                        ebrannen@stris.com
                                                        John Stokes (SBN 310847)
                                                        jstokes@stris.com
                                                        Lauren Martin (SBN 294367)
                                                        lmartin@stris.com
                                                        **STRIS & MAHER LLP**
                                                        17785 Center Court Dr N, Ste 600
                                                        Cerritos, CA 90703
                                                        T: (213) 995-6800
                                                        F: (213) 261-0299

                                                        Kyle Roche (*pro hac vice* forthcoming)
                                                        kroche@fnf.law
                                                        Devin (Velvel) Freedman (*pro hac vice* forthcoming)
                                                        vel@fnf.law
                                                        Alex Potter (*pro hac vice* forthcoming)
                                                        apotter@fnf.law
                                                        **FREEDMAN NORMAND FRIEDLAND LLP**
                                                        155 E. 44th Street, Ste 915
                                                        New York, NY 10017
                                                        T: (646) 494-2900

                                                        *Counsel for Plaintiffs*

NOTICE OF ADR CERTIFICATIONS BY PLAINTIFFS AND COUNSEL PURSUANT TO CIVIL L.R. 16-8(b) AND ADR L.R. 3-5(b)