# EXHIBIT 2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGIE CRUZ, et al, | CASE No C 5:26-cv-04482-PCP |
| Plaintiff(s) | ADR CERTIFICATION BY |
| v. | PARTIES AND COUNSEL |
| ANTHROPIC PBC, | |
| Defendant(s) | |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

1) Read the handbook entitled "Alternative Dispute Resolution Procedures Handbook" (available at cand.uscourts.gov/adr).
2) Discussed with each other the available dispute resolution options provided by the Court and private entities; and
3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: 7/23/2026          /s/ Sinan Ciddi
_____
                                            Party

Date: 7/23/2026          /s/ Lauren Martin
_____
                                          Attorney

Counsel further certifies that he or she has discussed the selection of an ADR process with counsel for the other parties to the case. Based on that discussion, the parties:

☐ intend to stipulate to an ADR process

☑ prefer to discuss ADR selection with the Assigned Judge at the case management conference

Date: 8/4/2026          /s/ Elizabeth Brannen
_____
                                          Attorney

*Important!* *E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."*

*Form ADR-Cert  rev. 1-15-2019*

**FILER'S ATTESTATION REGARDING SIGNATURES**

I, Elizabeth Brannen, am the CM/ECF user whose ID and password are being used to file this ADR Certification by Parties and Counsel. Pursuant to Civil Local Rule No. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories. Furthermore, I hereby attest that Plaintiffs' counsel has on file all original signatures corresponding to any conformed signature (/s/) within this e-filed document.

Dated:  August 4, 2026

By */s/ Elizabeth Brannen*
Elizabeth Brannen (SBN 226234)

FILER'S ATTESTATION REGARDING SIGNATURES