Elizabeth Brannen (SBN 226234)
ebrannen@stris.com
John Stokes (SBN 310847)
jstokes@stris.com
Lauren Martin (SBN 294367)
lmartin@stris.com
**STRIS & MAHER LLP**
17785 Center Court Dr N, Ste 600
Cerritos, CA 90703
T: (213) 995-6800
F: (213) 261-0299

Christopher M. Rigali (*pro hac vice*)
crigali@stris.com
Jacqueline Sahlberg (*pro hac vice*)
jsahlberg@stris.com
**STRIS & MAHER LLP**
1717 K St NW Ste 900
Washington, DC 20006
T: (202) 800-5749

Bridget Asay (*pro hac vice*)
basay@stris.com
**STRIS & MAHER LLP**
15 East State Street, Ste 2
Montpelier, VT 05602
T: (802) 858-4285

Devin (Velvel) Freedman (*pro hac vice*)
vel@fnf.law
Kyle Roche (*pro hac vice*)
kroche@fnf.law
Alex Potter (*pro hac vice*)
apotter@fnf.law
**FREEDMAN NORMAND FRIEDLAND LLP**
155 E. 44th Street, Ste 915
New York, NY 10017
T: (646) 494-2900

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

ANGIE CRUZ, et al.,

Plaintiffs,

v.

ANTHROPIC PBC,

Defendant.

Case No. 5:26-cv-04482-PCP

**PLAINTIFF WARREN BOBROW'S NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

**PLAINTIFF WARREN BOBROW'S NOTICE OF ACCEPTANCE OF DEFENDANT'S OFFER OF JUDGMENT**

Pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, Plaintiff Warren Bobrow, through undersigned counsel, hereby accepts and provides notice that he has accepted Defendant's Offer of Judgment to Plaintiff dated July 27, 2026, attached hereto as Exhibit A.

Dated: August 21, 2026

Respectfully submitted,

*/s/ Elizabeth Brannen*

Elizabeth Brannen (SBN 226234)
ebrannen@stris.com
John Stokes (SBN 310847)
jstokes@stris.com
Lauren Martin (SBN 294367)
lmartin@stris.com
**STRIS & MAHER LLP**
17785 Center Court Dr N, Ste 600
Cerritos, CA 90703
T: (213) 995-6800
F: (213) 261-0299

Bridget Asay (*pro hac vice*)
basay@stris.com
15 East State Street, Ste 2
Montpelier, VT 05602
T: (802) 858-4285

Christopher M. Rigali (*pro hac vice*)
crigali@stris.com
Jacqueline Sahlberg (*pro hac vice*)
jsahlberg@stris.com
1717 K St NW Ste 900
Washington, DC 20006
T: (202) 800-5749

Devin (Velvel) Freedman (*pro hac vice*)
vel@fnf.law
Kyle Roche (*pro hac vice*)
kroche@fnf.law
Alex Potter (*pro hac vice*)
apotter@fnf.law
**FREEDMAN NORMAND FRIEDLAND LLP**
155 E. 44th Street, Ste 915
New York, NY 10017
T: (646) 494-2900

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I certify that on August 21, 2026, I caused a true and correct copy of the above Notice of Acceptance of Defendant's Offer of Judgment to be served on the parties and the clerk of court for the United States District Court for the Northern District of California using the CM/ECF system.

*/s/ Elizabeth Brannen*
Elizabeth Brannen (SBN 226234)
ebrannen@stris.com